# FORM A

Rev. 10/10

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

FILED
JAMES J. VILT, JR. - CLERK
DEC 26 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Versace Alan Scott

_____

(Full name of the Plaintiff(s) in this action)

v.

Garcia

Jail wont give me her first name

_____

(Full name of the Defendant(s) in this action)

CIVIL ACTION NO. 1:23CV-180-CRS
(To be supplied by the clerk)

(✓) DEMAND FOR JURY TRIAL

(__) NO JURY TRIAL DEMAND
(Check only one)

I. **PARTIES**

   (A) **Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

   (1) Name of Plaintiff: Versace Alan Scott

   Place of Confinement: LCDC

   Address: 304 W 3rd St Russellville 42276

   Status of Plaintiff: CONVICTED (__)  PRETRIAL DETAINEE (✓)

   (2) Name of Plaintiff: _____

   Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (___) PRETRIAL DETAINEE (___)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (___) PRETRIAL DETAINEE (___)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant Garcia _____ is employed as Captain Deputy Jailer at Logan County Detention Center

The Defendant is being sued in his/her (___) individual and/or (✓) official capacity.

(2) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

(3) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

(4) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

2

(5) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action? YES (___) NO (✓)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): _____

_____

Defendant(s): _____

_____

Court (if federal court, name the district. If state court, name the county):

_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action):_____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?):

_____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

## III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

On August 19th 2023 I was Booked into Logan County Denteation Center By captain Garcia who the Jail Refuses to give me her First Name. the Drug task Force Kidnapped me and Brought me to Jail where she put me into a Restraint Chair to Slice my Body 7 time to the Bone with a knife after I was told they were going to Kill me Im Sueing for Attempted Murder Conspicery to commit Murder Orgnized Crime By them Planing my murder and FBI has warrants on her For these Charges.

4

IV. **RELIEF**

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

✓ award money damages in the amount of $ 25,000,000

✓ grant injunctive relief by Release of Jail

✓ award punitive damages in the amount of $ 250,000 Per Day

___ other: For Wrongful imprisonment

V. **DECLARATION UNDER PENALTY OF PERJURY**
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 20 day of December, 2023

_Versace Alan Scott_
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on 12-20-23.

_____
(Signature)

6

LOGAN COUNTY
DETENTION CENTER
304 W. 3RD ST.
RUSSELLVILLE, KY 42276
Attn: Versace Scott

INMATE M
UNCENSO[RED]

4230180013 0071

Office of the Clerk
433 Frederica Street Suite
Owens Boro, KY 42301-3013